1

2                          UNITED STATES DISTRICT COURT

3                            EASTERN DISTRICT OF CALIFORNIA

4

5
    JAMES LAWRENCE LIGHT, JR.,          )    1:11-CV-01232 AWI GSA (HC)
6                                        )
                   Petitioner,           )    ORDER GRANTING MOTION TO DISMISS
7                                        )    [Doc. #5]
          v.                             )
8                                        )    ORDER DIRECTING CLERK OF COURT
                                         )    TO ENTER JUDGMENT AND CLOSE CASE
9   H. A. RIOS, JR.,                     )
                                         )    ORDER DECLINING ISSUANCE OF
10                 Respondent.           )    CERTIFICATE OF APPEALABILITY
    _____ )

11

12          Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus

13   pursuant to 28 U.S.C. § 2241.

14          On July 26, 2011, Petitioner filed his habeas petition in this Court.  Shortly thereafter, on

15   August 10, 2011, he filed a motion to strike and withdraw his petition.  Pursuant to Rule 41(a)(1) of

16   the Federal Rules of Civil Procedure, a petitioner may dismiss an action without an order from the

17   Court by filing a notice of dismissal before the respondent files an answer or motion for dismissal.

18   Pursuant to Rule 12 of the Rules Governing Section 2254 Cases, the "Federal Rules of Civil

19   Procedure, to the extent that they are not inconsistent with any statutory provisions or these rules,

20   may be applied to a proceeding under these rules."  At this time, Respondent has not filed an answer

21   to the petition for writ of habeas corpus.  Pursuant to Rule 41(a)(1), this case has terminated.

22

23          Accordingly, IT IS HEREBY ORDERED that Clerk shall CLOSE this case in light of

24   Petitioner's motion to strike, which the Court construes as a Rule 41(a)(1) voluntary dismissal.

25   IT IS SO ORDERED.

26
    Dated:    August 16, 2011                    _____
27                                               CHIEF UNITED STATES DISTRICT JUDGE

28

U.S. District Court
E. D. California                                   1